# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

_____

|  |  |  |
|---|---|---|
| TONI ZARRA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civ. No. 1:10-cv-00162-ML-DLM |
| MORTGAGE ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, INC., ET AL. | ) | |
| Defendants. | ) | |

_____

|  |  |  |
|---|---|---|
| MARC R. BEAUDOIN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civ. No. 1:10-00193-ML-LDA |
| MORTGAGE ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, INC., ET AL. | ) | |
| Defendants. | ) | |

_____

|  |  |  |
|---|---|---|
| DONNA O'HERN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civ. No. 1:10-cv-00195-ML-DLM |
| MORTGAGE ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, INC., ET AL. | ) | |
| Defendants. | ) | |

_____

|  |  |  |
|---|---|---|
| JOHN A. McLAUGHLIN and EILEEN E. | ) | |
| McLAUGHLIN | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civ. No. 1:10-cv-000123-ML-LDA |
| MORTGAGE ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, INC., ET AL. | ) | |
| Defendants. | ) | |

_____

## **DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS**

Pursuant to Local Rule 7(e) Defendants Mortgage Electronic Registration Systems, Inc.

("MERS"), U.S. Bank, N.A. ("U.S. Bank"), Homecomings Financial ("Homecomings"), and

Deutsche Bank Trust Company Americas ("Deutsche Bank," collectively, the "Defendants")

hereby request oral argument on Defendants' motion to dismiss, which was forwarded to

chambers on or about October 5, 2010.[1]  Defendants estimate that the time needed to complete

the hearing will be approximately one hour.[2]

        **WHEREFORE**, Defendants request that the Court schedule a hearing on Defendants'

motion to dismiss within three (3) weeks.

Defendants

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., U.S. BANK, N.A.,
HOMECOMINGS FINANCIAL, and DEUTSCHE
BANK TRUST COMPANY AMERICAS

By their attorneys,

*/s /David M. Rosen*
David M. Rosen, Esq., RI Bar ID 6609
drosen@princelobel.com
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
(617) 456-8000

Dated:  November 22, 2010

## CERTIFICATE OF SERVICE

        I, David M. Rosen, hereby certify that this document was filed through the Court's ECF
System and will be sent electronically to the registered participants as identified on the Notice of
Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered
participants on November 22, 2010.

*/s/ David M. Rosen*
David M. Rosen

---

[1] Plaintiffs' counsel requested that oral argument be scheduled on Defendants' motion to dismiss in his "Motion to
Strike Defendants' Response Memorandum and Motion to Schedule Oral Arguments" (Doc. 25) filed on or about
August 27, 2010.  No hearing has yet been set.
[2] MERS and Residential Funding Company, LLC ("Residential Funding") recently filed a motion to consolidate
another action before this Court, *Nicole Iadimarco v. Mortgage Electronic Registration Systems, Inc. et. al.*, 1:10-
cv-00440-ML –DLM, with this consolidated action.  MERS and Residential Funding also filed a motion to dismiss.